IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

R&R MEDIA GROUP, LLC,

Plaintiff,

v.

PEGGY LAURITSEN,

Defendant.

Case No. 24-cv-856-jdp

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Peggy Lauritsen against plaintiff R&R Media Group, LLC on all claims, dismissing this case.

s/ Deputy Clerk
Joel Turner, Clerk of Court

7/17/2026
Date