**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

R & R MEDIA GROUP, LLC
113 N Iowa Street
Dodgeville, WI 53533,

Plaintiff,

v.

PEGGY LAURITSEN
3369 Oakgreen Avenue North
Stillwater, MN 55082,

Defendant.

Case No. 24-cv-00856

**DEFENDANT PEGGY LAURITSEN'S MOTION FOR ATTORNEYS' FEES**

---

Pursuant to Rules 36, 37(c)(2) and 54(d)(2) of the Federal Rules of Civil Procedure, Defendant Peggy Lauritsen ("Defendant"), by and through her undersigned counsel, respectfully moves the Court for an Order awarding attorneys' fees to Defendant and against Plaintiff R & R Media Group, LLC ("Plaintiff"), for Plaintiff's failure to admit certain matters regarding Plaintiff's UHG claims under Rule 36 of the Federal Rules of Civil Procedure.

This Motion is supported by the memoranda of law, declarations, and exhibits to be filed with the Court, and upon all files, records, and proceedings herein, as well as such other information or evidence that may be required by the Court.

Dated: July 31, 2026

**FELHABER LARSON**

By: */s/ Brandon J. Wheeler*

Brandon J. Wheeler, MN #396336
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402-4504
Telephone: (612) 339-6321
Facsimile: (612) 338-0535
bwheeler@felhaber.com

**ATTORNEYS FOR DEFENDANT**