UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

R&R MEDIA GROUP, LLC

Plaintiff,

Case No. 24-cv-00856

PEGGY LAURITSEN,

Defendant.

---

## PLAINTIFF'S OBJECTION TO BILL OF COSTS

---

Plaintiff R&R Media Group, LLC objects to Defendant Peggy Lauritsen's request for $663 related to "the transcription of an audio file that was listed as an exhibit for trial" (*See* Dkt. 128; Dkt. 129, ¶ 6; Dkt. 129-13) as this transcript was not "necessarily obtained for use in the case," was never used at trial, and was identified for use at trial with a witness who was not called at trial. *See* 28 U.S.C. § 1920(2). Plaintiff does not object to the remainder of Defendant's bill of costs.

Respectfully submitted this 12th day of August, 2026.

s/*Aaron H. Aizenberg*
Aaron H. Aizenberg
State Bar No. 1066340
Benjamin J. Glicksman
State Bar No. 1086852
825 North Jefferson St., Ste. 500
Milwaukee, Wisconsin 53202
(414) 271-7100 (telephone)
(414) 271-8135 (facsimile)
aha@kravitlaw.com
bjg@kravitlaw.com
*Attorneys for Plaintiff*