UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

R&R MEDIA GROUP, LLC,

Plaintiff,

v. Case No. 24-cv-00856

PEGGY LAURITSEN,

Defendant.

**PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e)**

Plaintiff R&R Media Group, LLC ("R&R") respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 59(e), for an order altering or amending the judgement in this case, which was entered in favor of the Defendant on all claims on July 17, 2026.

Concurrently with the filing of this motion, Plaintiff filed a Motion to Amend or Make Additional Findings of Fact and Conclusions of Law pursuant to Federal Rule of Civil Procedure 52(b) (the "Rule 52(b) Motion"). Plaintiff will not repeat all of the points made in that motion again here, but rather incorporates all such points by reference, and respectfully requests that, should the Court amend, add or clarify any findings in response to Plaintiff's Rule 52(b) motion which the Court believes impacts the final judgment entered in this case, that the Court then also alter or amend the judgment accordingly to be consistent with any amendments, additions or clarifications to its findings which it makes.

Dated this 13th day of August, 2026.

Respectfully submitted,

KRAVIT, HOVEL & KRAWCZYK S.C.

*s/Aaron H. Aizenberg*
Aaron H. Aizenberg
State Bar No. 1066340
Benjamin J. Glicksman
State Bar No. 1086852
825 North Jefferson Street, Suite 500
Milwaukee, Wisconsin 53202
(414) 271-7100 (phone)
aha@kravitlaw.com
*Attorneys for Plaintiff*